*Lisa-Lotte Knudsen,* pro se, in support of the petition.

Decided May 29, 1997

RICHARD GOENNE *v.* AETNA LIFE AND CASUALTY COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 922 (AC 15233), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*Henry D. Marcus*, in support of the petition.

*Lois B. Tanzer*, in opposition.

Decided May 29, 1997